UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LUIS ALBERTO R.-G., | Case No. 26-CV-1607 (NEB/DLM) |
| Petitioner, | |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security; Department of Homeland Security, in her official capacity; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; Immigration and Customs Enforcement, in his official capacity; DAVID EASTERWOOD, Field Office Director of Enforcement and Removal Operations, Minneapolis - St. Paul Field Office, Immigration and Customs Enforcement, in his official capacity MELLISSA B. HARPER, Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement, in her official capacity; WARDEN OF PINE PRAIRIE ICE PROCESSING CENTER, custodian of detainees at the Pine Prairie ICE Processing Center, in their official capacity. | ORDER |
| Respondents. | |

Petitioner asks the Court to dismiss his Writ of Habeas Corpus without prejudice.

Under Rule 41(a)(2) of the Federal Rules of Civil Procedure, "an action may be dismissed

at the plaintiff's request only by court order, on terms that the court considers proper." The Court finds that dismissal without prejudice is proper under Rule 41(a)(2). Based on the foregoing and on all the files, records, and proceedings herein, the Petition for Writ of Habeas Corpus (ECF No. 3) is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 3, 2026                           BY THE COURT:

                                               s/Nancy E. Brasel
                                               Nancy E. Brasel
                                               United States District Judge