# UNITED STATES DISTRICT COURT
## District of Minnesota

Luis Alberto Romero-Garces

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood, Melissa B. Harper and Warden of Pine Bluff ICE Processing Center

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-01607-NEB/DLM**

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Petition for Writ of Habeas Corpus (ECF No. 3) is DISMISSED WITHOUT PREJUDICE.

Date: 3/4/2026

KATE M. FOGARTY, CLERK